Jerry Lewis ADAMS, Plaintiff—
Appellant,

v.

J. FIELDS, Director of Treatment, BACC; H.P. Ponton, Warden, BACC, Defendants—Appellees,

and

T. Coleman, Major, BACC; G. Bugg, BACC; M. Dodson, Regional Director; G.P. William, Assistant Warden, BACC, Defendants.

No. 08–6401.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Jerry Lewis Adams, Appellant Pro Se. Susan Bland Curwood, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**310**

PER CURIAM:

Jerry Lewis Adams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adams v. Fields,* No. 2:06–cv–00621–HCM–JEB (E.D.Va. Feb. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*